UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The Louisiana Wildlife and Fisheries Commission and the Louisiana Department of Wildlife and Fisheries<br><br>*Plaintiffs*,<br><br>v.<br><br>United States Department of the Interior; TDX Energy, LLC; Saline Point Hunting Club, LLC; and W. H. Ward Properties, Inc.<br><br>*Defendants* | Civil Action<br><br>Case No. 22-cv-2441-TAD-JPM<br><br>Judge: Terry A. Doughty<br><br>Magistrate Judge: Joseph Perez-Montes |

**Consent Judgment**

Under *Crooks v. Dep't of Nat. Res.*, 2019-0160 (La. 1/29/20); 340 So.3d 574, the boundaries between the parties to this Consent Judgment now extend into the banks of what the Louisiana Supreme Court ruled to be the Little River through the Catahoula Basin. The Parties to this Consent Judgment desire to establish these previously undetermined boundaries through the banks.

The Louisiana Wildlife and Fisheries Commission and the Louisiana Department of Wildlife and Fisheries (collectively "Wildlife"), TDX Energy, LLC (a mineral servitude owner), Saline Point Hunting Club, LLC and WH Ward Properties, Inc. (the private landowner neighbors to Wildlife and TDX Energy) have agreed to the location of their mutual boundaries. They have memorialized this agreement in the attached Boundary Agreement and Recognition of Title as directed under La. R.S. 41:1131 and 1132. This agreement is attached as Exhibit A to this Consent Judgment, which describes in detail the boundaries agreed to, and now in force under this Consent Judgment.

The private landowner neighbors have also agreed to grant to the State of Louisiana a servitude of passage named the Judge B. Dexter Ryland Memorial Boat Lane, across a portion of

its property in the Catahoula Basin, to allow the public to launch motorboats or other vessels from the Judge B. Dexter Ryland Landing, when it is open to the public, to cross over its private property solely in order to access the state-owned public land in LaSalle Parish for recreational purposes. This agreement is attached as Exhibit B to this Consent Judgment, which describes in detail the boundaries agreed to, and now in force under this Consent Judgment.

Based on this agreement, and the Motion for Consent Judgment filed in the Record as ECF No. 21, this Court **Orders** that:

The attached Boundary Agreement and Recognition of Title shall define the previously undetermined riverbank boundaries for these parties to this lawsuit: Wildlife, TDX Energy, LLC, Saline Point Hunting Club, LLC, and WH Ward Properties, Inc.

That portion of Saline Bayou that is pertinent to the Boundary Agreement and Recognition of Title is a navigable tributary of the Little River. Both Saline Bayou and the Little River have been navigable since 1812. The State of Louisiana as sovereign owns the bed and bottom, up to the ordinary low water stage, of the portions of Saline Bayou and the Little River that that flow through the Catahoula Basin under La Civil Code arts. 450 and 456, along with the mineral rights.

TDX Energy's mineral servitude extends to and covers and affects the riverbank owned by Wildlife, as described in the Boundary Agreement and Recognition of Title.

These parties voluntarily resolve the claims between them in this lawsuit by agreeing to the boundaries as described in detail in the attached Boundary Agreement and Recognition of Title.

It is further ordered that if a court of competent jurisdiction re-classifies the Catahoula Basin, in part or in whole, as a lake, then each party whose property would be affected by any such judgment reserves the right to withdraw from this agreement.

As a result, because the claims involving Saline Point Hunting Club, LLC and WH Ward Properties, Inc. are fully resolved, these two parties are dismissed from this lawsuit with prejudice.

MONROE, LOUISIANA this 16th day of October, 2023.

_____
Terry A. Doughty
United States District Judge

Respectfully Submitted,

**Jeff Landry
Attorney General**

By:/s/   Machelle R.L. Hall
Machelle R. L. Hall (#31498)
Ryan M. Seidemann, Ph.D. (#28991)
Morgan Rogers (#38883)
Warren Bates (#39796)
Assistant Attorneys General
Louisiana Department of Justice
Civil Division, Lands & Natural Resources
P.O. Box 94005
Baton Rouge, LA 70821
Telephone:  (225) 326-6085
hallm@ag.louisiana.gov
seidemannr@ag.louisiana.gov
rogersm@ag.louisiana.gov
batesw@ag.louisiana.gov
*Counsel for State of Louisiana, through the Louisiana Wildlife and Fisheries Commission and the Louisiana Department of Wildlife and Fisheries*


By:/s/   Scott C. Sinclair
Scott C. Sinclair (#14440)
Sinclair Law Firm
P.O. Box 1026
Shreveport, LA 71163-1026
Telephone:  (318) 562-3700
ssinclair@sinclair-law.com
*Counsel for TDX Energy, Inc.*

By:/s/   John D. Ryland
John D. Ryland
Provosty Sadler & deLaunay
934 Thirds St, Suite 800
Post Office Drawer 13530
Alexandria, LA 71315-3530
Telephone:  (318) 445-3631
jryland@provosty.com
*Counsel for Saline Point Hunting Club, LLC*

By:/s/   James Lossin, Sr.
H. James Lossin, Sr.

4

H. James Lossin Sr Law Office
610 1st St.
Jonesville, LA 71343
Telephone:  (318) 339-7238
hjlossin@bellsouth.net
*Counsel for WH Ward Properties, Inc*.